**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| RUBEN M. COLLAZO, | : No. 26 MM 2021 |
| Petitioner | : |
| v. | : |
| PENNSYLVANIA GAMING CONTROL BOARD, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of May, 2021, the Petition for Leave to Appeal *Nunc Pro Tunc* is DENIED, and the Application for Denial of Application and Verification to Proceed *In Forma Pauperis* is DISMISSED.